IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Erica Rocksvold, ) | Civil Action No. 20-CV-575 |
| Plaintiff, ) | |
| v. ) | AFFIDAVIT OF SERVICE UPON |
| ) | CREDIT SERVICE INTERNATIONAL |
| Travelers Casualty and Surety Company, ) | |
| Credit Service International Corp., ) | |
| Defendants. ) | |

STATE OF WISCONSIN   )
                                      ) ss.
COUNTY OF ST. CROIX   )

I, Chad Nieland, City of Hudson, County of St. Croix, State of Wisconsin, being first duly sworn on oath, state that I am at least 18 years of age and not a party to this action, and that on the 1st day of July, 2020, at approximately 1:52 p.m., I served authenticated copies of the Summons for Credit Service International Corp., Summons for Travelers Casualty and Surety Company, Complaint, and supporting Exhibits 1-5 in the above-entitled action upon Credit Service International Corp. by physically handing said documents to the person I knew to be Jim Anderson, a managing agent of Credit Service International Corp. and person then appearing to be in charge of the office, as he stood in the entrance to Credit Service International Corp.'s office located at 512 2nd Street, Suite #6, Hudson, WI 54016, and apprising him generally of the contents thereof.

Subscribed and sworn to before me this

___ day of July, 2020.

_____
Notary Public, State of Wisconsin
My commission expires: 10/28/2020

Chad Nieland
808 Carmichael Road #143
Hudson, WI 54016
715-808-8597
minnscon@gmail.com